IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Baltimore

IN RE

    JEANNINE M. WAYSON        Case No.  13-15841-JFS
                                                              Chapter 13

    Debtor
_____

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

        COMES NOW, Wells Fargo Bank, N.A., by counsel, and for its Objection to Confirmation of the Chapter 13 Plan filed by the debtor states as follows:

        1.      Wells Fargo Bank, N.A. is a secured creditor of the debtor pursuant to a Deed of Trust dated October 26, 2007 which secures a Mortgage Note to real property of the Debtors located at 20 Silverwood Circle, Annapolis, MD 21403.

        2.      As of the date of filing, Wells Fargo Bank, N.A. was owed approximately $144,086.53. Wells Fargo Bank, N.A. anticipates filing a claim of $1,022.23 for pre-petition arrears.

        3.      The Debtor's Plan proposes to pay a total of $0.00 for the pre-petition arrears.

        4.      The Plan does not comply with 11 U.S.C. Section 1325, in that it does not pay the Movant, its pre-petition arrearage claim.

        WHEREFORE, the Movant respectfully requests that Confirmation of the Chapter 13 Plan submitted by the Debtors herein be denied, and for any other relief the Court deems necessary.

                                                              Respectfully Submitted,

                                                              ROSENBERG & ASSOCIATES, LLC

                                                              <u>/s/ Mark D. Meyer</u>
                                                              Mark D. Meyer, #15070
                                                              7910 Woodmont Avenue, Suite 750
                                                              Bethesda, Maryland 20814
                                                              (301) 907-8000

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 14, 2013, a copy of the foregoing Objection to the Chapter 13 Plan was served via first class postage prepaid, or electronic email, to the following:

Nancy Spencer Grigsby, Trustee
Geri Lyons Chase, Esquire

Jeannine M. Wayson
5681 Solomons Island Road
Lothian, MD 20711

                                            /s/ Mark D. Meyer
                                            Mark D. Meyer