**SO ORDERED**



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: 13–15841 – JS    Chapter: 13

Jeannine M. Wayson
5681 Solomons Island Road
Lothian, MD 20711

### ORDER CONVERTING CASE UNDER CHAPTER 13
### TO A CASE UNDER CHAPTER 11

Upon consideration of the motion of **the debtor, Jeannine M. Wayson**, pursuant to 11 U.S.C. § 1307(d), for conversion of this Chapter 13 case to a case under Chapter 11, after notice and a hearing, good cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is hereby converted to a case under Chapter 11; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of **$0.00** for unpaid filing and administrative fees; and it is further

ORDERED, that within seven (7) days after the date of entry of this Order, the conversion fee of **$0.00** shall be paid to the Clerk of Court; and it is further

ORDERED, that within seven (7) days after the date of entry of this Order, Debtor(s) shall file a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims, excluding insiders; and it is further

ORDERED, that the Debtor(s) shall file monthly operating reports as required by established procedures of the United States Trustee.

cc:    Debtor(s)
       Attorney for Debtor(s) – Geri Lyons Chase
       Chapter 13 Trustee – Nancy Spencer Grigsby

### End of Order

13.9b – 5/21/12 *rhegerle*