IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE | BANKRUPTCY NO. 13-15841-JFS |
| JEANNINE M. WAYSON<br>    DEBTOR(S) | CHAPTER 11 |

**OBJECTION TO CONFIRMATION OF PLAN**

Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B, a secured creditor, by its attorney, Brian McNair, files this Objection to Confirmation of the Chapter 11 Plan and states:

1. That Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B is the holder of a note secured by a Deed of Trust/Mortgage on the property known as 106 Ramsey Court, Joppa, MD 21085 which is owned by the Debtor(s) and is her principal residence.

2. The Chapter 11 plan does not provide for the full payment of the arrearages of $181,780.40. The plan provides for $0.00.

3. The Chapter 11 plan treats Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B's claim under class I. Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B objects to the treatment of its' claim under class I as said claim is a first lien on the Debtor's principal residence therefore said claim is not subject to modification pursuant to 11 U.S.C. 1123(b)(5).

4. That 11 U.S.C. section 1123(b)(5) provides an exception to the determination of secured status provided for in 11 U.S.C. section 506(a)(1) and 1123 (b). 11 U.S.C. 1123(b)(5) states " a plan may modify the rights of holders of secured claims, other than a claim secured only by a security interest in real property that is the debtor's principal residence…".   As stated in House Report (Reform Act of 1994), "This amendment conforms the treatment of residential mortgages in chapter 11 to that in chapter 13,

preventing the modification of the rights of a holder of a claim secured only by a security interest in the debtor's principal residence." 140 Cong. Rec. H10767 (Oct. 4, 1994).

Therefore, based upon 11 U.S.C. 1123(b)(5), Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B's lien cannot be modified to a lower claim amount and a lower interest rate on said claim as it is a first lien on a principal residence.

WHEREFORE, Wells Fargo Bank, NA, as servicer for Deutsche Bank National Trust Company, as Trustee for RBSGC Mortgage Loan Trust 2007-B requests this Honorable Court deny confirmation of the Plan as filed by the Debtor(s).

/s/ Brian McNair

Brian McNair
Bar Number 25270
Alba Law Group, P.A.
11350 McCormick Road
Executive Plaza III, Suite 200
Hunt Valley, MD 21031
(443) 541-8600
Attorney for Movant

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 17th day of July, 2014, a copy of the foregoing Objection to Confirmation of Plan has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:


Geri Lyons Chase
Law Office of Geri Lyons Chase
2007 Tidewater Colony Drive
Suite 2A
Annapolis, MD 21401
gerichase@verizon.net

Jeannine M. Wayson
5681 Solomans Island Road
Lothian, MD 20711-9706

BGE
PO Box 1475
Baltimore, MD 21203-1475

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

ZLC Design
6837 Calinda Avenue
Columbia, MD 21046-1108

Fairwinds of Annapolis Condominiums
c/o Thomas Schild Law Group, LLC
401 N. Washington St. #500
Rockville, MD 20850-1789

CitiBank, NA.
P.O. Box 688971
Des Moines, IA
50368-8971

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

First National Bank of Pennsylvania
Formerly Annapolis National Bank
4140 East State Street
Hermitage, PA 16148-3401

State of Maryland DLLR
Division of Unemployment Insurance
110 N. Eutaw Street, Room 401
Baltimore, MD 21201-2201

Geri Lyons Chase
Law Office of Geri Lyons Chase
2007 Tidewater Colony Drive
Suite 2A
Annapolis, MD 21401-2146

U.S. Trustee
Office of the U.S. Trustee
101 W. Lombard Street
Suite 2625
Baltimore, MD 21201-2668

Anne Arundel County, Maryland
Office of Law
2660 Riva Road, 4th Floor
Annapolis, MD 21401-7055

Council of Unit Owners
c/o Sheldon H. Levitt, Esq.
400 Redland Court, Suite 212
Owings Mills, MD 2117-3292

Griffith Oil
3173 Solomons Island Road
Edgewater, MD 21037-1707

/s/  Brian McNair
Brian McNair
bankruptcy@albalawgroup.com