

*James F. Schneider*
JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JEANNINE M. WAYSON | * | Case Number 13-15841 |
| | * | Chapter 11 |
| Debtor | * | |
| | * | |

## ORDER CONFIRMING PLAN

Upon consideration of the Debtor's Amended Plan of Reorganization under chapter 11 of the Bankruptcy Code (the "Plan") filed by Jeannine M. Wayson, (the "Debtor"), on July 3, 2014, and having been transmitted to creditors on July 3, 2014, and an interlineated Amended Plan filed on September 5, 2014, resolving the Objection to Confirmation of Plan filed by Wells Fargo Bank, NA; and upon consideration of the evidence and arguments presented to the Court at a hearing held on October 1, 2014; and it appearing that the relief granted is in the best interests of the bankruptcy estate, its creditors and other parties in interest; and upon due deliberation, good and sufficient cause appearing;

IT IS HEARBY FOUND THAT:

    a.    The Debtor Properly served the Plan, an applicable ballot and the Order Approving Disclosure Statement, Setting Hearing on Confirmation of Plan, and Fixing Time for Filing Acceptances or Rejections of Plan, Combined with Notice thereof .

      b.      Notice of the hearing on confirmation of the Plan was proper.

      c.      All parties in interest have had the opportunity to object to the relief granted by this Order.

      d.      The Plan satisfies all of the requirements of Sections 1123 and 1129 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

      1.      The Amended Plan, filed September 5, 2014, is CONFIRMED.

      2.      Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy in accordance with the provisions set forth in Article 11 of the Plan.

      3.      The Debtor shall mail a copy of this Order to all creditors and parties in interest pursuant to Federal Rule of Bankruptcy Procedure 2002(f)(7) and file herein a certificate to that effect with five (5) business days of the entry of this Order.

Copies to:

Office of the United States Trustee
101 W. Lombard Street
Baltimore MD 21201

Geri Lyons Chase, Esq.
2007 Tidewater Colony Drive
Annapolis MD 21401

**END OF ORDER**